IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 98-cv-00630-WYD-MEH

GRYNBERG PRODUCTION CORP.; and
TRANSWORLD RESOURCES CORP.,

    Plaintiffs,

v.

SUSMAN GODFREY, L.L.P.,

    Defendant.

---

**MINUTE ORDER (SEALED)**

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Susman Godfrey's Unopposed Motion to Send Sealed Court Order to BG (doc. # 164 filed June 8, 2010) is **GRANTED**. Susman Godfrey may send a copy of the Court's sealed Order of May 20, 2010 (doc # 163) to BG, through its Canadian counsel, Bennett Jones LLP, subject to the terms of the Court's Order sealing this case.

    Dated: June 8, 2010