IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 98-cv-00630-WYD-MEH

GRYNBERG PRODUCTION CORP., and **FILED UNDER SEAL**
TRANSWORLD RESOURCES CORP.,

    Plaintiffs,

v.

SUSMAN GODFREY LLP,

    Defendant.

## MINUTE ORDER [UNDER SEAL]

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 21, 2010.**

    The Unopposed Motion to Withdraw as Counsel of Record filed by F.J. "Rick" Dindinger [filed June 17, 2010; docket #174] is **granted**. Mr. Dindinger is hereby permitted to withdraw as counsel of record for Plaintiffs. Mr. Jatko of Grynberg Petroleum Co. remains as counsel of record for Plaintiffs.